No. 2,037.—STATE EX REL. SMITH, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original—*Certiorari.*

Decided February 1, 1904.

PER CURIAM.—Relator's application for a writ of review herein is hereby denied.

*Mr. B. S. Thresher,* for Relator.

---

No. 1,785.—STARKE, APPELLANT, *v.* GRAHAM ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

Decided February 9, 1904.

PER CURIAM.—This appeal is hereby dismissed in accordance with the stipulation on file.

*Mr. D. Gay Stivers,* and *Mr. C. F. Kelley,* for Appellant.

*Mr. John J. McHatton,* and *Messrs. McBride & McBride,* for Respondents.